

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOE AGUIRRE, | § | No. 08-24-00108-CR |
| Appellant, | § | Appeal from the |
| v. | § | 466th District Court |
| THE STATE OF TEXAS, | § | of Comal County, Texas |
| Appellee. | § | (TC# CR2017-339E) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF MAY 2024.


LISA J. SOTO, Justice

Before Palafox and Soto, JJ., and Barajas, C.J., (Ret.)
Barajas, C.J., (Ret.), (sitting by assignment)
Palafox, J., concurring